IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KLAYTON FENNELL<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC & COMCAST CORPORATION | CIVIL ACTION<br><br>NO. 19-4750 |
|---|---|

**ORDER RE: MOTION FOR SUMMARY JUDGMENT AND MOTON TO STRIKE**

**AND NOW**, this 16th day of September, 2022, upon review of Defendants' Motion for Summary Judgment (ECF 31) and Plaintiff's Motion to Strike the Declaration of Sandra Lau (ECF 53), as well as all submissions and oral argument related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Strike is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendant's Motion for Summary Judgment is **GRANTED**. The Complaint is therefore **DISMISSED** with prejudice, and the Clerk shall close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 19\19-4750 Fennell v Comcast\19cv4750 Order Re MSJ.doc